1  Brian K. Ross, Esq.
   SBN 163940
2  LAW OFFICES OF BRIAN K. ROSS
3  1124 East 14th Street, Suite B
   San Leandro, California 94577
4  (510) 483-3900

5  Attorney for Plaintiff, RUCHVIN INC. DBA
6  DON'S TRANSMISSIONS

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHVIN INC. DBA DON'S TRANSMISSIONS,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, business form unknown; and DOES 1 TO 25, inclusive;<br><br>    Defendants.<br>_____/ | No.  C09-04089-EMC<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME TO COMPLETE MEDIATION |

### STIPULATION

COMES NOW Plaintiff RUCHVIN INC. DBA DON'S TRANSMISSIONS (hereinafter referred to as "RUCHVIN") and Defendant TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA (hereinafter referred to as "TRAVELERS") who stipulate and agree to the following:

1. On April 14, 2010, this court's appointment of Johnathan Gross as mediator herein was vacated; and the parties were notified to seek an extension of the mediation date;

2. On April 21, 2010, this court appointed Bruce Winkelman as mediator in this case;

3. The mediation deadline in this case is April 30, 2010.

4. The parties have stipulated and agreed that the mediation date may be extended to ____May 31____, 2010, or to a date that the court deems is proper.

5. The parties also stipulate and agree that the Case Management Conference currently scheduled in this matter for May 26, 2010, at 2:30 p.m., in Courtroom C, may be continued to a date convenient to the court.

Dated: April 29, 2010

_____/S/_____
BRIAN K. ROSS, ESQ.
Attorney for Plaintiff RUCHVIN INC
DBA DON'S TRANSMISSIONS

Dated: April __30__, 2010

_____/S/_____
MARJIE D. BARROWS, ESQ.
RUDLOFF, WOOD & BARROWS LLP
Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY COMPANY
OF AMERICA

ORDER

Based upon the stipulation of the parties, the court ORDERS, ADJUDGES AND DECREES THAT:

1. The deadline to complete mediation in this case shall be extended to ____May 31____, 2010;

2. The Case Management Conference currently scheduled in this matter for May 26, 2010, at 2:30 p.m., in Courtroom C, shall be continued to 6/16/10 at 2:30 p.m. A Joint CMC statement shall be filed by 6/9/10.

Dated: ___5/3_____, 2010

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen