1 | MARJIE D. BARROWS (State Bar No. 122129)
  | SUSANNA K. FARBER (State Bar No. 251155)
2 | **RUDLOFF WOOD & BARROWS LLP**
  | 2000 Powell Street, Suite 900
3 | Emeryville, CA  94608
  | Telephone:  (510) 740-1500
4 | Facsimile:  (510) 740-1501
  | E-mail:  mbarrows@rwblaw.com
5 |          sfarber@rwblaw.com

6 | Attorneys for Defendant TRAVELERS PROPERTY
7 | CASUALTY COMPANY OF AMERICA

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | RUCHVIN INC. DBA DON'S              No.  C09-04089-EMC
   | TRANSMISSIONS,
12 |                                     **STIPULATION OF DISMISSAL OF**
   |              Plaintiff,             **ACTION WITH PREJUDICE; AND**
13 |                                     **ORDER THEREON**
   |        vs.
14 |                                     [Rule 41(a)(2), Fed. R.Civ.P.]
   | TRAVELERS PROPERTY CASUALTY
15 | COMPANY OF AMERICA, business form
   | unknown; and DOES 1 TO 25, inclusive,   Complaint Filed:  April 15, 2009
16 |
   |              Defendants.
17 | _____/

18 |

19 |        1.      WHEREAS, the parties to this action have executed a Confidential Settlement

20 | Agreement and General Release In Full; and

21 |        2.      WHEREAS, Plaintiff Ruchvin, Inc. has agreed to dismiss this action in its entirety,

22 | with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

23 |        3.      WHEREAS, the parties to this action agree that each side is to bear its own costs in

24 | this matter;

25 | ///

26 | ///

27 | ///

28 |

-1-
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

4.      The parties to this action agree, through their respective attorneys, that Plaintiff Ruchvin, Inc. hereby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

**IT IS SO STIPULATED.**

Dated: May 31, 2010                    LAW OFFICES OF BRIAN K. ROSS


By: _____
    Brian K. Ross
Attorneys for Plaintiff RUCHVIN, INC.


Dated: May 31, 2010                    RUDLOFF WOOD & BARROWS LLP


By: _____
    Marjie D. Barrows
Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA


## ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.


DATED:   June 9, 2010

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**